UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) No. 4:22-mc-00942 NAB ) |
| ONE (1) 2010 AUDI Q7, VIN: WA1DVBFE1AD007416; | ) ) ) ) |
| ONE (1) 2012 PORSCHE PANAMERA, VIN: WP0ZZZ97ZDL000624; | ) ) ) |
| ONE (1) 2011 BMW X5, VIN: 5YMEY0C58BLK26603; and | ) ) ) ) |
| ONE (1) 2022 STEALTH TITAN TRAILER, VIN: 52LBE1427PE096681, | ) ) ) ) |
| Defendants. | ) |

**MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On July 3, 2022, the following defendant property was seized from James Stevens:

    a. 2010 Audi Q7, VIN: WA1DVBFE1AD007416;

    b. 2012 Porsche Panamera, VIN: WP0ZZZ97ZDL000624;

    c. 2011 BMW X5, VIN: 5YMEY0C58BLK26603; and

    d. 2022 Stealth Titan Trailer, VIN: 52LBE1427PE096681.

2.	All of the written notice of intent to forfeit required by Title 18, United States Code, Section 983(a)(1)(A) to be sent by the Department of Homeland Security to interested parties has been sent.

3.	The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

4.	The only person to file an administrative claim to the defendant property with the Department of Homeland Security is James Stevens on August 15, 2022.

5.	Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

6.	Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

7.	Accordingly, absent an order extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges on or about November 13, 2022.

8.	The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property.  If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination.  Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

9. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

10. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the property and/or to return criminal charges until February 11, 2023.

Dated:  November 2, 2022                                   Respectfully submitted,

                                                           SAYLER A. FLEMING
                                                           United States Attorney


                                                           */s/ Stephen Casey*
                                                           STEPHEN CASEY, #58879(MO)
                                                           Assistant United States Attorney
                                                           111 South 10th Street, Suite 20.333
                                                           Saint Louis, Missouri 63102
                                                           Telephone: (314) 539-2200
                                                           Stephen.Casey3@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

James Stevens
1060 Kennett St.
Desoto, MO 63020

John T. Davis
Attorney for Claimant
KesslerWilliams LLC
1401 South Brentwood Blvd., Suite 950
St. Louis, MO 63144

*/s/ Stephen Casey*
STEPHEN CASEY, #58879(MO)
Assistant United States Attorney